PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: James Edwin Roberts      Case Number: 3:07-00262-03

Name of Judicial Officer: The Honorable Aleta A. Trauger, U.S. District Judge

Date of Original Sentence: July 14, 2008

Original Offense: 21 U.S.C. § 846 Conspiracy to Distribute and to Possess with Intent to Distribute +100 Kilograms of Marijuana

Original Sentence: 12 months' and 1 day custody; 4 years' supervised release

Type of Supervision: Supervised Release      Date Supervision Commenced: April 8, 2010

Assistant U.S. Attorney: to be determined      Defense Attorney: to be determined

**THE COURT ORDERS:**

[X] No Action
[ ] Submit a Petition for Summons
[ ] Submit a Petition for Warrant
[ ] Other

Considered this 26th day of July, 2012,
and made a part of the records in the above case.

U. S. District Judge
Aleta A. Trauger

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

U.S. Probation Officer
Jon R. Hahn

Place   Columbia, Tennessee

Date    July 25, 2012

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation No.</u>  <u>Nature of Noncompliance</u>

<u>1.</u>  **<u>Shall not commit another federal, state, or local crime:</u>**

James Edwin Roberts was cited for Driving on a Suspended Driver's License by the Metropolitan Police Department, Nashville, Tennessee on June 22, 2012. He is to appear in the Davidson County General Sessions Court, Nashville, Tennessee, on October 2, 2012, citation number SCE66299.

**<u>Compliance with Supervision Conditions and Prior Interventions</u>:**

Mr. Roberts has been on supervision since April 8, 2010, and this is his first violation.

Mr. Roberts lives with his parents and is currently employed.

**<u>U.S. Probation Officer Recommendation:</u>**

It is recommended that Mr. Robert's be continued on supervised release and that this be handled in the General Sessions Court.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Kenneth Parham
Supervisory U.S. Probation Officer