PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: James Edwin Roberts      Case Number: 3:07CR00262-03

Name of Judicial Officer: The Honorable Aleta A. Trauger, U.S. District Judge

Date of Original Sentence: July 14, 2008

Original Offense: 21 U.S.C. § 846, Conspiracy to Distribute and to Possess with Intent to Distribute +100 Kilograms of Marijuana

Original Sentence: 12 months' and 1 day custody; 4 years' supervised release

Type of Supervision: Supervised Release      Date Supervision Commenced: April 8, 2010

Assistant U.S. Attorney: to be determined      Defense Attorney: to be determined

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 29th day of Jan., 2013, and made a part of the records in the above case.

U. S. District Judge
Aleta A. Trauger

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

U.S. Probation Officer
Jon R. Hahn

Place       Columbia, Tennessee

Date        January 25, 2013

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.  Nature of Noncompliance

1.  **Shall not commit another federal, state, or local crime:**

   On January 18, 2013, at 1:49 a.m., James Edwin Roberts was issued a citation for Possession of a Controlled Substance. On January 18, 2013, Mr. Roberts submitted a urine screen and admitted marijuana use a few days earlier and again on New Year's Eve.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Roberts has been on supervision since April 8, 2010. Due to his previous compliance, he was moved to the Compliant Caseload on May 21, 2011. Due to his citation for drug possession and admittance to using marijuana, he is being moved back to the general caseload and will be sent for a drug intake and assessment.

Mr. Roberts is currently employed and resides with his parents.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Roberts be continued on supervised release.

The U.S. Attorney's Office agrees with the probation officer's recommendation.

Approved: _____
Kenneth Parham
Supervisory U.S. Probation Officer