IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:07-00262 |
| | ) | Judge Trauger |
| [3] JAMES EDWIN ROBERTS | ) | |

## O R D E R

A hearing was held on April 22, 2013 on the Petition to Revoke Supervision (Docket No. 129). The parties announced an agreed proposal that is acceptable to the court. The defendant was not called upon to plead to the violations set out in the Petition. The defendant is scheduled to enroll in drug classes at Centerstone and is continuing additional therapy sessions at another center. It is hereby **ORDERED** that this case is set for further hearing on June 24, 2013 at 1:30 p.m.

It is so **ORDERED**.

ENTER this 22th day of April 2013.

_____
ALETA A. TRAUGER
U.S. District Judge