> Motion GRANTED.
> Hearing cancelled.
>
> *[signature]*

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:07-00262 |
| | ) | JUDGE TRAUGER |
| JAMES EDWIN ROBERTS | ) | |

## GOVERNMENT'S MOTION TO WITHDRAW

The United States of America ("the Government") hereby moves to withdraw the Superseding Petition for Summons for Offender under Supervision dated June 17, 2013 (Docket Entry # 142) and to cancel the revocation hearing presently set for February 24, 2014. In support of this motion, the Government submits that Defendant James Roberts has apparently complied with the terms of his supervised release for a significant period of time dating back into mid-2013. The Government has conferred with Dumaka Shabazz, counsel to Defendant, who does not oppose this motion.

Respectfully submitted,

DAVID RIVERA
United States Attorney

By:    s/William F. Abely
WILLIAM F. ABELY
Assistant U. S. Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151